# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**RONALD WAYNE STEWART**
(Defendant's Name)

### JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:03CR00439-01**

AFD Linda Harter
Defendant's Attorney

## THE DEFENDANT:

[✓] admitted guilt to violation of charges 1, 3 & 6 as alleged in the violation petition filed on June 3, 2005 .
[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to submit restitution payments as directed | 2/5/04 |
| 3 | Failure to follow instructions of the Probation Officer | 2/24/04 |
| 6 | Failure to provide financial information as directed by the Probation Officer | 4/15/05 |

The court: [✓] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ~~imposed~~ on ~~November~~ 9, 2003 .

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**FILED**

**SEP 2 1 2005**

[✓] Charges 2, 4 & 5 are dismissed.

**CLERK, U.S. DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
BY _____

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney ~~for this district~~ within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

September 16, 2005
Date of Imposition of Sentence

Signature of Judicial Officer

**EDWARD J. GARCIA,** United States District Judge
Name & Title of Judicial Officer

9/21/05
Date

CASE NUMBER:     2:03CR00439-01                                            Judgment - Page 2 of 2
DEFENDANT:       RONALD WAYNE STEWART

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>EIGHT (8) months on each charge, to be served concurrently with each other.</u>. There shall be no Term of Supervised to follow.

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

Defendant delivered on_____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
         Deputy U.S. Marshal